■ VINCENT BORRELLI et al., Respondents, v LANDEGGER CONTAINER MACHINERY, INC., et al., Appellants, and UNDERWOOD INDUSTRIAL CONTRACTORS, INC., Respondent, et al.,

Third-Party Plaintiffs, et al., Third-Party Defendant. [598 NYS2d 1020] —Order unanimously affirmed with costs. Same Memorandum as in *Wade v Landegger Container Mach.* (193 AD2d 1056 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Wisner, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Davis, JJ.